**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: <br> CHARLENE J. CAROTHERS-EDDENS <br><br> Debtor(s) <br> Ronda J. Winnecour, Trustee <br>   Movant <br>      vs. <br> CHARLENE J. CAROTHERS-EDDENS <br><br>   Respondents | Case No.13-20066GLT <br><br> Chapter 13 <br><br> Document No. __132__ | FILED <br> 1/18/18 9:35 am <br> CLERK <br> U.S. BANKRUPTCY <br> COURT - WDPA |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __18th__ day of __January__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Direct Support Staff
> Attn: Payroll Manager
> 744 Kidder St
> Wilkes Barre, PA 18702

is hereby ordered to immediately terminate the attachment of the wages of CHARLENE J. CAROTHERS-EDDENS, social security number XXX-XX-1128.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHARLENE J. CAROTHERS-EDDENS.

BY THE COURT:

_____
                                    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 13-20066-GLT
Charlene J. Carothers-Eddens                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin                Page 1 of 1              Date Rcvd: Jan 18, 2018
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
db             +Charlene J. Carothers-Eddens,    390 Caughey Avenue,    Pittsburgh, PA 15202-3721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Bellevue jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Mario J. Hanyon    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Richard C. Maider    on behalf of Defendant    Capital One Auto Finance jharriman@deilylawfirm.com, bkecfactivitynotices@deilylawfirm.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Plaintiff Charlene   Carothers-Eddens atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Debtor Charlene J. Carothers-Eddens atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
                                                                                             TOTAL: 12