UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

CHARLENE J. CAROTHERS-EDDENS

Debtor(s)

Case No. 13-20066

Claim No. : 2

FILED
2018 JAN 25 A 10: 36
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Please note that we have rebranded our company name from Ascension Capital Group to AIS Portfolio Services. There is no assignment or transfer of claim.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Capital One Auto Finance | Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a/ Ascension Capital Group |
| PO Box 9013 | 4515 N Santa Fe Ave. Dept. APS |
| Addison, TX 75001 | Oklahoma City, OK 73118 |

**Address where Payment to the creditor be sent:**

| | |
|---|---|
| Capital One Auto Finance | Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a/ Ascension Capital Group |
| P.O. Box 821209 | P.O. BOX 4360 |
| Dallas, TX 75382-1209 | Houston, TX 77210-4360 |

Date: 01/25/2018

*[signature]*
Creditor's Authorized Agent for Capital One, N.A.