2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-20066-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Charlene J. Carothers-Eddens
390 Caughey Avenue
Pittsburgh PA 15202

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/26/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: CALIBER HOME LOANS,INC., 13801 WIRELESS WAY, OKLAHOMA CITY,OKLAHOMA 73134 | U.S. Bank Trust National Association as Serviced by Select Portfolio Servicing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84115 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/17/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Charlene J. Carothers-Eddens  
    Debtor

Case No. 13-20066-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: Feb 15, 2018  
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13817927    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 16 2018 01:30:58    CALIBER HOME LOANS,INC., 13801 WIRELESS WAY,  OKLAHOMA CITY,OKLAHOMA 73134-2500  
                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:  
        James Warmbrodt   on behalf of Creditor   U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt   on behalf of Creditor   Borough of Bellevue jhunt@grblaw.com, cnoroski@grblaw.com  
        Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
        Mario J. Hanyon   on behalf of Creditor   LSF8 Master Participation Trust pawb@fedphe.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Richard C. Maider   on behalf of Defendant   Capital One Auto Finance jharriman@deilylawfirm.com, bkecfactivitynotices@deilylawfirm.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Russell A. Burdelski   on behalf of Plaintiff Charlene   Carothers-Eddens atyrusb@choiceonemail.com  
        Russell A. Burdelski   on behalf of Debtor Charlene J. Carothers-Eddens atyrusb@choiceonemail.com  
        S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
        Thomas Song   on behalf of Creditor   LSF8 Master Participation Trust pawb@fedphe.com  
                                                                                                                   TOTAL: 12