Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Charlene J. Carothers–Eddens** : | Case No. 13–20066–GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 132 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 4/25/18 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     *AND NOW,* this ***The 26th of February, 2018***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 132 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  ***On or before April 12, 2018***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***April 25, 2018 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                 Case No. 13-20066-GLT
Charlene J. Carothers-Eddens                                           Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel             Page 1 of 2                  Date Rcvd: Feb 26, 2018
                              Form ID: 604           Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db             +Charlene J. Carothers-Eddens,    390 Caughey Avenue,    Pittsburgh, PA 15202-3721
cr             +Capital One Auto Finance,    c/o Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,
                 Albany, NY 12203-1006
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13551765       +BARCLAY'S BANK DELAWARE,    125 S. WEST STREET,    Wilmington, DE 19801-5014
13543401        BENEFICIAL,   PO BOX 4153K,    Carol Stream, IL 60197-4153
13594234       +Borough of Bellevue,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13551767       +CAPITAL ONE,    3905 DALLAS PARKWAY,    Plano, TX 75093-7892
13551768       +CAPITAL ONE,    PO BOX 30281,   Salt Lake City, UT 84130-0281
13546662       +Capital One Auto Finance,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
13594232       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14ht Floor,
                 Pittsburgh, PA 15219-6002
13551774       +HOUSEHOLD BANK,    ATTN: DISPUTE PROCESSING,    12447 SW 69TH AVENUE,    Portland, OR 97223-8517
13551775       +HOUSEHOLD CREDIT SERVICES,    PO BOX 98706,    Las Vegas, NV 89193-8706
13543402        HOUSEHOLD FINANCE,    PO BOX 4153-K,    Carol Stream, IL 60197
13551777       +HOUSEHOLD FINANCE CORP.,    1421 KRISTINA WAY,    Chesapeake, VA 23320-8917
13551779       +HSBC,   1421 KRISTINA WAY,    Chesapeake, VA 23320-8917
13642077       +HSBC Mortgage Services, Inc.,    PO Box 21188,   Eagan, MN 55121-0188
13664647        Northgate School Dist./Bellevue Bor.,    c/o Pa.M.S,    336 Delaware Ave., Dept. W-83,
                 Oakmont, PA 15139-2138
13551780        PAMS BELLEVUE BORO,    386 DELAWARE AVENUE,    Oakmont, PA 15139
13551781       +SAMPSON MORRIS,    2500 ELDO RD SUITE #1,    Monroeville, PA 15146-1479
13551784        SUNOCO/CITIBANK SDNA,    CITIBANK CREDIT DEPT,    PO BOX 6497,    Sioux Falls, SD 57117-6497
13551783        SUNOCO/CITIBANK SDNA,    CITIBANK DISPUTE UNIT,    PO BOX 6497,    Sioux Falls, SD 57117-6497
13551785       +TARGET NATIONAL BANK,    C/O TARGET CREDIT SERVICE,    PO BOX 673,    Minneapolis, MN 55440-0673
14764954       +U.S. Bank Trust National Association as,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13553692        eCAST Settlement Corporation, assignee,    of CitiFinancial, Inc.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 27 2018 02:20:21     Caliber Home Loans, Inc.,
                 13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 27 2018 02:17:00
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13817927       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 27 2018 02:20:21     CALIBER HOME LOANS,INC.,
                 13801 WIRELESS WAY,   OKLAHOMA CITY,OKLAHOMA 73134-2500
13544230       +E-mail/Text: bankruptcy@cavps.com Feb 27 2018 02:19:40     CAVALRY PORTFOLIO SERVICES,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13551769       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2018 02:17:05     CREDIT ONE BANK,
                 PO BOX 98873,   Las Vegas, NV 89193-8873
13992249       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 27 2018 02:17:26
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, PX 76006-1347
13827304       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2018 02:25:09
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13551770       +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2018 02:20:03     DUQUESNE LIGHT,
                 C/O BERNSTEIN LAW FIRM,    GULF TOWER SUITE 2200,    707 GRANT ST,    Pittsburgh, PA 15219-1900
13598674       +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2018 02:20:03     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13551771       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 27 2018 02:19:52     FINGERHUT,
                 6250 RIDGEWOOD RD,    Saint Cloud, MN 56303-0820
13551772       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38     GEMB/JCPENNEYS,    PO BOX 981402,
                 El Paso, TX 79998-1402
13551773       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38     GEMB/WALMART,    PO BOX 981400,
                 El Paso, TX 79998-1400
13608865        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 27 2018 02:19:33     Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
13637958        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 02:18:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13635759        E-mail/Text: bkr@cardworks.com Feb 27 2018 02:18:23     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13591678       +E-mail/Text: bncmail@w-legal.com Feb 27 2018 02:19:28     OAK HARBOR CAPITAL II, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13598256        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2018 02:25:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-2           User: jhel                  Page 2 of 2                   Date Rcvd: Feb 26, 2018
                               Form ID: 604                Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13551782        +E-mail/Text: philadelphia.bnc@ssa.gov Feb 27 2018 02:19:46      SOCIAL SECURITY ADMIN.,
                 300 SPRING GARDEN ST.,    MID-ATLANTIC PROGRAM SERVICE CENTER,    Philadelphia, PA 19123-2992
13630083        +E-mail/Text: bncmail@w-legal.com Feb 27 2018 02:19:47      VANDA, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of Bellevue
cr              Household Finance Consumer Discount Company
cr              LSF8 Master Participation Trust
cr              U.S. Bank Trust National Association as Trustee fo
13551766*       BENEFICIAL,    PO BOX 4153K,    Carol Stream, IL 60197-4153
13551776*       HOUSEHOLD FINANCE,    PO BOX 4153-K,    Carol Stream, IL 60197
13551778*      +HSBC,   PO BOX 5253,    Carol Stream, IL 60197-5253
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13543403      ##+HSBC,   PO BOX 5253,    Carol Stream, IL 60197-5253
                                                                                     TOTALS: 5, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Bellevue jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Mario J. Hanyon    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Richard C. Maider    on behalf of Defendant    Capital One Auto Finance jharriman@deilylawfirm.com,
               bkecfactivitynotices@deilylawfirm.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor Charlene J. Carothers-Eddens atyrusb@choiceonemail.com
              Russell A. Burdelski    on behalf of Plaintiff Charlene  Carothers-Eddens atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas Song    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
                                                                                             TOTAL: 12
```