## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    CHARLENE J. CAROTHERS-EDDENS      Case No.:13-20066

             Debtor(s)      Chapter 13

    Ronda J. Winnecour      Document No.:
      Chapter 13 Trustee,
           Movant
           vs.
    No Repondents.

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2018

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/05/2013  and confirmed on 5/30/13 .  The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 69,351.32 |
| Less Refunds to Debtor | | 1,250.07 | |
| TOTAL AMOUNT OF PLAN FUND | | | 68,101.25 |

| Administrative Fees | |
|---|---|
| Filing Fee | 0.00 |
| Notice Fee | 0.00 |
| Attorney Fee | 8,290.15 |
| Trustee Fee | 2,666.82 |
| Court Ordered Automotive Insurance | 0.00 |
| TOTAL ADMINISTRATIVE FEES | 10,956.97 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE | 0.00 | 40,723.74 | 0.00 | 40,723.74 |
| Acct: 6262 | | | | |
| US BANK TRUST NA - TRUSTEE | 12,993.34 | 12,993.34 | 0.00 | 12,993.34 |
| Acct: 6262 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: S882 | | | | |
| BELLEVUE BOROUGH (REFUSE SVC)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: S882 | | | | |
| CAPITAL ONE AUTO FINANCE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1105 | | | | |
| | | | | 53,717.08 |
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLENE J. CAROTHERS-EDDENS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLENE J. CAROTHERS-EDDENS | 1,250.07 | 1,250.07 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,789.70 | 1,789.70 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-13 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,742.65 | 1,742.65 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-13 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,028.90 | 1,028.90 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX7-14 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,028.90 | 1,028.90 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX6-15 | | | | |
| BELLEVUE BOROUGH (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX: 01 | | | | |
| BELLEVUE BOROUGH (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX: 02 | | | | |
| NORTHGATE SD & BELLEVUE BOROUGH | 3,427.20 | 3,427.20 | 0.00 | 3,427.20 |

13-20066

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| Acct: 1128 | | | | |
| | | | | 3,427.20 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 1,018.78 | 0.00 | 0.00 | 0.00 |
| Acct: 7004 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| VANDA LLC | 2,687.26 | 0.00 | 0.00 | 0.00 |
| Acct: 8054 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 276.70 | 0.00 | 0.00 | 0.00 |
| Acct: 3317 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,752.01 | 0.00 | 0.00 | 0.00 |
| Acct: 8154 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 795.12 | 0.00 | 0.00 | 0.00 |
| Acct: 3178 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,449.11 | 0.00 | 0.00 | 0.00 |
| Acct: 0802 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 859.11 | 0.00 | 0.00 | 0.00 |
| Acct: 4318 | | | | |
| HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 1,936.72 | 0.00 | 0.00 | 0.00 |
| Acct: 8012 | | | | |
| HOUSEHOLD/UNION PLUS LN PRGRM* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SAMPSON MORRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX128A | | | | |
| SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| OAK HARBOR CAPITAL II LLC | 1,070.66 | 0.00 | 0.00 | 0.00 |
| Acct: 7590 | | | | |
| ECAST SETTLEMENT CORP | 5,275.14 | 0.00 | 0.00 | 0.00 |
| Acct: 3293 | | | | |
| MERRICK BANK | 2,656.51 | 0.00 | 0.00 | 0.00 |
| Acct: 3859 | | | | |
| CAPITAL ONE AUTO FINANCE** | 1,226.15 | 0.00 | 0.00 | 0.00 |
| Acct: 1105 | | | | |
| BENEFICIAL/HOUSEHOLD FNNC(RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS SONG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                    57,144.28

TOTAL
CLAIMED                3,427.20
PRIORITY              12,993.34
SECURED              22,003.27


Date: 02/23/2018                                   /s/ Ronda J. Winnecour
                                                   _____

                                                   RONDA J WINNECOUR PA ID #30399
                                                   CHAPTER 13 TRUSTEE WD PA
                                                   600 GRANT STREET
                                                   SUITE 3250 US STEEL TWR
                                                   PITTSBURGH, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CHARLENE J. CAROTHERS-EDDENS

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-20066

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 13-20066-GLT
Charlene J. Carothers-Eddens                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2          Date Rcvd: Feb 26, 2018
                             Form ID: pdf900        Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db           +Charlene J. Carothers-Eddens,    390 Caughey Avenue,    Pittsburgh, PA 15202-3721
cr           +Capital One Auto Finance,    c/o Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,
              Albany, NY 12203-1006
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13551765     +BARCLAY'S BANK DELAWARE,    125 S. WEST STREET,    Wilmington, DE 19801-5014
13543401      BENEFICIAL,    PO BOX 4153K,    Carol Stream, IL 60197-4153
13594234     +Borough of Bellevue,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
13551767     +CAPITAL ONE,    3905 DALLAS PARKWAY,    Plano, TX 75093-7892
13551768     +CAPITAL ONE,    PO BOX 30281,    Salt Lake City, UT 84130-0281
13546662     +Capital One Auto Finance,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
13594232     +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14ht Floor,
              Pittsburgh, PA 15219-6002
13551774     +HOUSEHOLD BANK,    ATTN: DISPUTE PROCESSING,    12447 SW 69TH AVENUE,    Portland, OR 97223-8517
13551775     +HOUSEHOLD CREDIT SERVICES,    PO BOX 98706,    Las Vegas, NV 89193-8706
13543402      HOUSEHOLD FINANCE,    PO BOX 4153-K,    Carol Stream, IL 60197
13551777     +HOUSEHOLD FINANCE CORP.,    1421 KRISTINA WAY,    Chesapeake, VA 23320-8917
13551779     +HSBC,    1421 KRISTINA WAY,    Chesapeake, VA 23320-8917
13642077     +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
13664647      Northgate School Dist./Bellevue Bor.,    c/o Pa.M.S,    336 Delaware Ave., Dept. W-83,
              Oakmont, PA 15139-2138
13551780      PAMS BELLEVUE BORO,    386 DELAWARE AVENUE,    Oakmont, PA 15139
13551781     +SAMPSON MORRIS,    2500 ELDO RD SUITE #1,    Monroeville, PA 15146-1479
13551784      SUNOCO/CITIBANK SDNA,    CITIBANK CREDIT DEPT,    PO BOX 6497,    Sioux Falls, SD 57117-6497
13551783      SUNOCO/CITIBANK SDNA,    CITIBANK DISPUTE UNIT,    PO BOX 6497,    Sioux Falls, SD 57117-6497
13551785     +TARGET NATIONAL BANK,    C/O TARGET CREDIT SERVICE,    PO BOX 673,    Minneapolis, MN 55440-0673
14764954     +U.S. Bank Trust National Association as,    Serviced by Select Portfolio Servicing,,
              3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13553692      eCAST Settlement Corporation, assignee,    of CitiFinancial, Inc.,    POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 27 2018 02:20:22     Caliber Home Loans, Inc.,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 27 2018 02:17:27
              Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
              Arlington, TX 76006-1347
13817927      E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 27 2018 02:20:22     CALIBER HOME LOANS,INC.,
              13801 WIRELESS WAY,    OKLAHOMA CITY,OKLAHOMA 73134-2500
13544230     +E-mail/Text: bankruptcy@cavps.com Feb 27 2018 02:19:42     CAVALRY PORTFOLIO SERVICES,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13551769     +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2018 02:17:02     CREDIT ONE BANK,
              PO BOX 98873,    Las Vegas, NV 89193-8873
13992249     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 27 2018 02:17:56
              Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
13827304     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2018 02:25:40
              Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
              Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
13551770     +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2018 02:20:11     DUQUESNE LIGHT,
              C/O BERNSTEIN LAW FIRM,    GULF TOWER SUITE 2200,    707 GRANT ST,    Pittsburgh, PA 15219-1900
13598674     +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2018 02:20:11     Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13551771     +E-mail/Text: bnc-bluestem@quantum3group.com Feb 27 2018 02:19:52     FINGERHUT,
              6250 RIDGEWOOD RD,    Saint Cloud, MN 56303-0820
13551772     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38     GEMB/JCPENNEYS,    PO BOX 981402,
              El Paso, TX 79998-1402
13551773     +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38     GEMB/WALMART,    PO BOX 981400,
              El Paso, TX 79998-1400
13608865      E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 27 2018 02:19:39     Jefferson Capital Systems LLC,
              PO BOX 7999,    SAINT CLOUD MN 56302-9617
13637958      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 02:17:37
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13635759      E-mail/Text: bkr@cardworks.com Feb 27 2018 02:18:23     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13591678     +E-mail/Text: bncmailbw-legal.com Feb 27 2018 02:19:28     OAK HARBOR CAPITAL II, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13598256      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2018 02:25:22
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541

```
District/off: 0315-2          User: jhel              Page 2 of 2          Date Rcvd: Feb 26, 2018
                              Form ID: pdf900         Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13551782      +E-mail/Text: philadelphia.bnc@ssa.gov Feb 27 2018 02:19:46      SOCIAL SECURITY ADMIN.,
               300 SPRING GARDEN ST.,    MID-ATLANTIC PROGRAM SERVICE CENTER,    Philadelphia, PA 19123-2992
13630083      +E-mail/Text: bncmail@w-legal.com Feb 27 2018 02:19:47      VANDA, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                               TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Borough of Bellevue
cr             Household Finance Consumer Discount Company
cr             LSF8 Master Participation Trust
cr             U.S. Bank Trust National Association as Trustee fo
13551766*      BENEFICIAL,    PO BOX 4153K,    Carol Stream, IL 60197-4153
13551776*      HOUSEHOLD FINANCE,    PO BOX 4153-K,    Carol Stream, IL 60197
13551778*     +HSBC,    PO BOX 5253,    Carol Stream, IL 60197-5253
cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13543403     ##+HSBC,    PO BOX 5253,    Carol Stream, IL 60197-5253
                                                                 TOTALS: 5, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
```
         James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
          GIFM Holdings Trust bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Bellevue jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
         Mario J. Hanyon    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Richard C. Maider    on behalf of Defendant    Capital One Auto Finance jharriman@deilylawfirm.com,
          bkecfactivitynotices@deilylawfirm.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Russell A. Burdelski    on behalf of Debtor Charlene J. Carothers-Eddens atyrusb@choiceonemail.com
         Russell A. Burdelski    on behalf of Plaintiff Charlene  Carothers-Eddens atyrusb@choiceonemail.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         Thomas  Song    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
                                                                                TOTAL: 12
```